App. Div.]      First Department, February, 1917.

MARY W. LIVINGSTON, Respondent, v. WILLIAM S. LIVINGSTON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

In the Matter of ELIZA F. W. CLAPP, Deceased.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

THEODORE SUTRO, Appellant, v. GERMAN JOURNAL CORPORATION and Others, Respondents.— Order modified as stated in order, and as modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Present — Clarke, P. J., Scott, Page and Davis, JJ.

JOSEPH S. MULRONEY, Respondent, v. METAL SHELTER COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.; Clarke, P. J., and Shearn, J., dissented.

THEODORE B. CLEVENGER, Appellant, v. WILLIAM MARSHALL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

EUGENE LAMB RICHARDS, as Trustee in Bankruptcy of SAUL OLINER and Another, Individually and as Copartners, etc., Respondent, v. THE LONDON AND LANCASHIRE GUARANTY AND ACCIDENT COMPANY OF CANADA, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FREDERICK VAN TINE, Appellant, v. LAWSON PURDY and Others, as Tax Commissioners of the City of New York, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

MILLER-FRANKLIN & COMPANY, Respondent, v. STEPHEN R. GORDON, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

GEORGE C. WHITE, JR., Respondent, v. W. S. BARSTOW AND CO., INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

JOHN A. FRITZ, Respondent, v. THE SMITH-WORTHINGTON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

EMMA BLUMENBERG and Another, as Executrices, etc., Appellants, v. MUSICAL COURIER COMPANY, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

In the Matter of the Application of EDWIN HARRY, Appellant, for a Writ of Mandamus against THE MANHATTAN WAITERS ASSOCIATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.

ALDEN V. MEEKS v. KATHERINE W. CARVIER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Page, Davis and Shearn, JJ.